FILED
JAMES BONINI
CLERK

11 DEC 22 AM 9:41

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MAGISTRATE NO. **1:11MJ -407** |
| GRAND JURY PROCEEDINGS (GJ-1-11-1) | : : : : | PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| | : | (UNDER SEAL) |

- - - - - - - - - - - - - - - - - - - - - -

Petitioner, United States of America, by the United States Attorney, Carter M. Stewart, respectfully represents that **JERMAINE COX** (DOB \*\*/\*\*/1987; SSN \*\*\*-\*\*-8352; Inmate #68406-061), a witness before the United States District Court, is restrained of his liberty in the USP Hazelton, 1640 Sky View Drive, Bruceton Mills, WV.

Petitioner further represents that **JERMAINE COX** is a necessary witness before the United States District Court for the Southern District of Ohio, at Grand Jury Room 740, Potter Stewart United States Courthouse, 100 East Fifth Street, Cincinnati, Ohio.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum be issued to the USP Hazelton, to the United States Marshal for the Southern District of Ohio, and to any other authorized law enforcement officer, to bring the person of said witness before the United States District Court at Grand Jury Room 740, Potter Stewart United States Courthouse, 100 East Fifth

Street, Cincinnati, Ohio, on the 31st day of January, 2012, at 9:00 am, there to testify the truth according to said witness' knowledge.

        Respectfully submitted,

        CARTER M. STEWART
        United States Attorney

        s/Karl P. Kadon
        KARL P. KADON (0009324)
        Assistant United States Attorney
        221 East Fourth Street
        Suite 400
        Cincinnati, Ohio 45202
        (513) 684-3711
        Fax: (513) 684-2047
        Karl.Kadon @usdoj.gov